## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT JAHODA,<br><br>    Plaintiff,<br><br>v.<br><br>VIRTUE PAINTBALL, LLC,<br><br>    Defendant. | Case No. 2:22-cv-01640-WSH |

### NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff Robert Jahoda hereby voluntarily dismisses with prejudice his claims against Defendant Virtue Paintball, LLC.

    Respectfully submitted,

    */s/ R. Bruce Carlson*
    R. Bruce Carlson
    Ian M. Brown
    **CARLSON BROWN**
    222 Broad St.
    PO Box 242
    Sewickley, PA 15143
    bcarlson@carlsonbrownlaw.com
    ibrown@carlsonbrownlaw.com
    (724) 730-1753

    *Counsel for Plaintiff*